UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANIKA DAY Individually, and as the Administrator for the Estate of TERRELL DAY, HARVEY MORGAN Individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 1:17-cv-04612-TWP-TAB ) |
| THE CITY OF INDIANAPOLIS, THE TOWN OF CUMBERLAND, ROGER WAGGONER Lieutenant, Individually, and as a Cumberland Officer, JOHN COVINGTON Officer, Individually, and as a Cumberland Officer, FRANKLIN WOOTEN Sergeant, Individually, and as an IMPD Officer, RANDALL DENNY Officer, Individually, and as an IMPD Officer, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this action as to Defendants Roger Waggoner, John Covington, and The Town of Cumberland only. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 28 days.

Dated:  10/4/2018

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email.