UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHANIKA DAY, Individually, and as Administrator for the Estate of TERRELL DAY; and HARVEY MORGAN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:17-cv-04612-TWP-TAB ) |
| THE CITY OF INDIANAPOLIS; SERGEANT FRANKLIN WOOTEN, Individually, and as an IMPD Officer; and OFFICER RANDALL DENNY, Individually, and as an IMPD Officer, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' DESIGNATION OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The Defendants, City of Indianapolis, Sergeant Franklin Wooten, and Officer Randall Denny, by counsel, and pursuant to FED. R. OF CIV. P. 56(C) and S.D. IND. L.R. 56-1, designate the following evidence in support of their motion for summary judgment:

Exhibit A:   Plaintiffs' Amended Complaint [Dkt. 19];

Exhibit B:   Deposition excerpts of Officer Randall Denny;

Exhibit C:   Deposition excerpts of Sergeant Franklin Wooten;

Exhibit D:   Deposition excerpts of Roger Waggoner;

Exhibit E:   Deposition excerpts of John Covington;

Exhibit F:   Deposition excerpts of Douglas York;

Exhibit G:   Deposition excerpts of James Brown;

Exhibit H:   Deposition excerpts of Michael Nesbitt;

Exhibit I:   Deposition excerpts of Anna Mahoy;

Exhibit J:     Deposition excerpts of Steve Monday;

Exhibit K:     Defendants' Answers to Plaintiffs' Request for Admissions;

Exhibit L:     Plaintiffs' Answers to Defendants' Contention Interrogatories;

Exhibit M:    Computer Aided Dispatch ("CAD") Report;

Exhibit N:    First IEMS Run Report;

Exhibit O:    Second IEMS Run Report;

Exhibit P:    Indianapolis Metropolitan Police Department ("IMPD") General Order 8.1;

Exhibit Q:    IMPD General Order 1.11;

Exhibit R:    Autopsy Report of Terrell Day;

Exhibit S:    Field Deputy Coroner's Report;

Exhibit T:    Definition of Cardiomegaly;

Exhibit U:    Defendants' Answer to Plaintiffs' Amended Complaint [Dkt. 21]; and

Exhibit V:    Risk Factors of Sudden Cardiac Death.

    Respectfully submitted,

    OFFICE OF CORPORATION COUNSEL

    */s/ Adam S. Willfond*
    Adam S. Willfond (31565-49)
    Assistant Corporation Counsel
    200 E. Washington Street, Suite 1601
    Indianapolis, IN 46204
    317.327.4055 (T)
    317.327.3698 (F)
    adam.willfond@indy.gov