

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No            EDR No 000000471825       DTP 0              State No

**1. Decedent's Legal Name (First, Middle, Last):** TERRELL M DAY
**1a. Maiden Last Name (if female):**
**2. Sex:** MALE
**3. Time Of Death:** 02:29 PM
**4. Date Of Death (Month/Day/Year):** 09/26/2015

**5. Social Security Number:** 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
**6a. Age - Yrs:** 18
**6b. Under 1 Year - Months:**
**6c. Under 1 Month - Days:**
**6d. Under 1 Day - Hours:**
**6e. Under 1 Hour - Minutes:**
**7. Date of Birth (Month/Day/Year):** 04/17/1997
**8. Birthplace (City and State or Foreign Country):** INDIANAPOLIS, INDIANA

**9. Ever in U.S. Armed Forces?** ☒ No
**10. If Death Occurred In A Hospital:**
**10a. If Death Occurred Somewhere Other Than A Hospital:** ☒ Other (Specify)

**11. Facility Name (If Not Institution, Give Street and Number):** 1000 EAST 10 STREET
**12. City Or Town, State, And Zip Code:** INDIANAPOLIS, INDIANA
**13. County Of Death:** MARION
**14. Marital Status At Time Of Death:** ☒ Never Married

**15. Surviving Spouse's Name:**
**15a. (If Wife) Give Maiden Last Name:**
**16. Decedent's Usual Occupation:** COOK
**17. Kind Of Business/Industry:** TACO BELL

**18. Residence - State:** INDIANA
**18a. County:** MARION
**18b. City Or Town:** INDIANAPOLIS
**18c. Street And Number:** 1804 BLUEWATER COURT
**18d. Apt. No.:**
**18e. Zip Code:** 46229
**18f. Inside City Limits?** ☒ Yes

**19. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED COMPLETED
**20. Decedent Of Hispanic Origin:** Not Hispanic
**21. Decedent's Race:** Black or African American

**22. Father's Name (First, Middle, Last):** HARVEY MORGAN
**23. Mother's Name (First, Middle, Last):** SHANIKA M DAY-ASKEW
**23a. Mother's Maiden Last Name:** DAY

**24. Informant's Name:** SHANIKA M DAY-ASKEW
**24a. Relationship To Decedent:** MOTHER
**24b. Mailing Address:** 1804 BLUEWATER COURT, INDIANAPOLIS, INDIANA, 46229

**25. Place Of Disposition**
**25a. Method Of Disposition:** ☒ Burial
**25b. Place Of Disposition:** NEW CROWN CEMETERY
**25c. Location - City, Town, And State:** INDIANAPOLIS INDIANA

**26. Was Coroner Contacted?** ☒ Yes
**27. Name And Complete Address Of Funeral Facility:** WILLIAMS AND BLUITT FUNERAL HOME (E. 38TH ST.) 5252 EAST 38TH STREET, INDIANAPOLIS, INDIANA, 46218
**27a. Funeral Home License Number:** FD11000028
**27b. Signature Of Indiana Funeral Service Licensee:** NATHAN L. BLUITT JR, SIGNATURE ON FILE
**27c. License Number (Of Licensee):** FD01000386

### Cause Of Death (See Instructions And Examples)

**28. Part I. Enter The Chain Of Events** - Diseases, Injuries, Or Complications - That Directly Caused The Death, Do Not Enter Terminal Events Such As Cardiac Arrest, Respiratory Arrest, Or Ventricular Fibrillation Without Showing The Etiology. Do Not Abbreviate. Enter Only One Cause On A Line. Add Additional Lines If Necessary.

**Approximate Interval: Onset To Death**

A. **Immediate Cause:** SUDDEN CARDIAC DEATH
B. Due To (Or As A Consequence Of): ACUTE ISCHEMIC CHANGE
C.
D.

**Part II. Enter Other Significant Conditions Contributing to Death But Not Resulting In The Underlying Cause Given In Part I:** SUSTAINED RESPIRATORY COMPROMISE DUE TO HANDS CUFFED BEHIND THE BACK, OBESITY, UNDERLYING CARDIOMYOPATHY

**29. Was An Autopsy Performed?** ☒ Yes
**30. Were Autopsy Findings Available To Complete The Cause Of Death?** ☒ Yes

**31. Did Tobacco Use Contribute To Death?** ☒ No
**32. If Female:** N/A
**33. Manner Of Death:** ☒ Accident

**34. Date Of Injury (Month/Day/Year):** 09/26/2015
**35. Time Of Injury:** 01:03 PM
**36. Place Of Injury:** PARKING LOT
**37. Injury At Work?** ☒ No

**38. Location Of Injury - State:** INDIANA
**38a. City Or Town:** INDIANAPOLIS
**38b. Street & Number:** 10000 EAST 10TH STREET
**38c. Apt. No.:**
**38d. Zip Code:** 46229

**39. Describe How Injury Occurred:** BECAME UNRESPONSIVE AFTER BEING PURSUED AND APPREHENDED BY LAW ENFORCEMENT
**40. If Transportation Injury, Specify:**

**41. Signature Of Person Certifying Cause Of Death:** ALFARENA T BALLEW, BY ELECTRONIC SIGNATURE 1/19/2016 9:03:08 AM
**42. Certifier (Check Only One):** Coroner
**43. Name, Address And Zip Code Of Person Certifying Cause Of Death:** ALFARENA T BALLEW 521 WEST MCCARTY STREET, INDIANAPOLIS, INDIANA, 46225
**44. License Number:** NONE
**45. Date Certified:** 01/19/2016

**46. Additional Funeral Service Provider:**
**47. *Akas:**
**48. Signature of Local Health Officer:**
**49. For Registrar Only - Date Filed (Month/Day/Year):**

AMENDMENT TO CERTIFICATE OF DEATH (ENTRY ON ORIGINAL)

State Form 53305    ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue its statutory responsibility. Disclosure is voluntary and there will be no penalty for refusal.

Presumed Name (TERRELL M DAY)



# Marion County Coroner's Office
521 W McCarty St, Indianapolis, IN 46225
Tel: (317) 327-4744; Fax: (317) 327-4563

Decedent: Terrell Day
Age: 18
Sex: Male, Black
Performed By: Joye M. Carter, M.D.

Case: MC-15-1156
Date: 09-28-2015
Time: 9:10 a.m.
Performed for: MCCO

☒ **Autopsy**      ☐ **External Exam**

## CAUSE OF DEATH

Sudden Cardiac Death due to Acute Ischemic Change
Contributory: Sustained respiratory compromise due to hands cuffed behind the back, obesity, underlying cardiomyopathy

## MANNER OF DEATH

Accident

_____     12/19/2015
Joye M. Carter, M.D., Chief Forensic Pathologist        Date

Decedent: Terrell Day

Case: MC-15-1156

## ANATOMIC/CLINICAL FINDINGS

1. Acute myocardial ischemia
2. Congestive heart failure
3. Chronic passive liver congestion
4. Exudate covering mucosa of larynx and trachea
5. Dark red and poorly aerated lungs
6. Morbid obesity
7. No penetrating trauma
8. Cholesterol deposits of gallbladder wall
9. Extensive fatty streaking of aortic valve
10. Cerebral edema
11. Superficial abrasions of elbows
12. Hyperpigmentation of both shins
13. Cardiomegaly
14. Cardiomyopathy, remote

Additional dissection includes examination of the volar surfaces of both wrists revealing no underlying contusion or laceration and there was no overlying imprint of handcuffs. There is no penetrating traumatic injury to the lower extremities.

Decedent: Terrell Day                                        Case: MC-15-1156

A complete postmortem examination is performed on September 28, 2015 beginning at 9:10 a.m., at the request and authorization of the Marion County Coroner's Office.

IDENTIFICATION: Identification is tentative by State issued ID card at the time of the examination. Follow-up for positive identification will be added upon completion of the postmortem examination.

The decedent has been positively identified as "Terrell Day", an 18-year-old black male, DOB: 4/17/1997, SSN: xxx-xx-5186, last residing at 1804 Bluewater Ct., Indianapolis, In 46229.

CIRCUMSTANCES OF DEATH: According to the investigative report received and reviewed, the decedent allegedly was involved in a shop lifting incident and was confronted by someone from Loss Prevention at the time he was in the store. He reportedly pointed a gun and ran from the store. He was chased on foot by officers across the parking lot and was then cornered by IMPD and was detained. He began to complain with difficulty in breathing so medics were dispatched to evaluate. Medics responded to the scene at 1:09 p.m. and found the decedent alert, oriented and breathing normally. At that time the decedent reportedly denied any chest pain or any other injuries. He was cleared to be transported to APC. No EKG reading was performed. While sitting on the curb in handcuffs, IMPD officers noticed the decedent became lethargic and again complained of not feeling well. Once again medics were dispatched to the scene and arrived at 1:52 p.m. and found the decedent unresponsive with no trauma noted. CPR was initiated and the rhythm initially was asystole. The decedent regained PEA with no pulse and after about 30 minutes efforts ceased and the decedent was pronounced dead at 2:29 p.m. on September 26, 2015.

Past medical history is that only of obesity. There are no known medications.

The body is received in the Marion County Coroner's Office in a white unsealed body bag which is secured by orange straps and white strap tied around the body bag.

Present for the examination are Detective Jeff Wager (IMPD), Detective Leo George (IMPD), Ed Charters (I-MCFSA), and Tyler Hoovis (IUSM transitional year resident).

The body bag is tied with webbed orange and white straps. On opening the body bag the decedent is found within. The body is covered with a white sheet.

Evidence of medical intervention consist of defibrillator pads on the right upper chest wall and left lateral chest wall, endotracheal tube inserted orally and secured by white tape, vascular access with intraosseous line in the left shoulder, EKG leads on the chest and abdominal wall, and an ambo bag is within the body bag with clear plastic tubing that is not attached at the time of examination.

A nearly empty bag of normal saline is attached to the vascular access of the left shoulder.

The decedent is received clad in the following items: blue and white socks, blue and white bleached long legged jeans, orange and blue knit boxer underwear, a white undershirt which has been cut in the midline and a red and blue striped Polo type shirt which also has been cut in the midline. Received in the bag but not on the body are a pair of white and bronze gym shoes which are brand name Air Jordan and a size of 9.5 men.

When the body is moved a plastic apparatus and velcro strap is found which is utilized to hold the endotracheal tube in place.

Decedent: Terrell Day                                                                 Case: MC-15-1156

The crime scene technician swabs the hands and takes photographs of the body as is presented and after clothing removed. The crime scene receives all clothing.

The body is rephotographed. Head hair is obtained and the fingernails are swabbed.

At the time of examination the body is cool to the touch having been refrigerated overnight and exhibits rigor mortis in the extremities and barely discernable purplish livor mortis on the posterior surface.

The body has a length of 72.5 inches and weight of 312 pounds. The body exhibits truncal obesity. Of note, there is short neck stature. There are striae of the shoulders above the umbilicus and below the umbilicus and in the folds of the elbows.

The head is normocephalic and covered by dark brown hair which is in a dread lock style averaging 13-15 inches in length. There are no palpable skull or facial bone fractures. Facial hair consist of slight mustache and beard stubble of 2-3 mm. There are no palpable facial bone fractures. The irides are brown with equal round pupillary diameters at 3 mm. The conjunctiva and subscleral vessels are markedly congested. There are no petechial hemorrhages on the upper and lower eyelids. No facial petechiae are observed. The nares are lined by hyperemic mucosa and contain a small amount of clear glistening fluid. The lips are intact with no drying, abrasions or contusions. The upper and lower frenula are without laceration or contusion. Dentition is natural in fair condition. The tongue is without bite marks. The buccal mucosa is without bite marks. No foreign material is present within the oral cavity. The external auditory canals contain no unusual material. There is no piercing observed of the ear lobes. The neck is remarkable for bilateral jugular venous distension and redundant skin folds without ligature or furrow marking. Dry scaly skin is present on the lower aspect of the chin. The cervical spine is intact and the neck organs are midline with no hypermobility in a rotational or anterior-posterior direction. The chest is symmetrical with enlarged breast pads with inverted nipples. There is moderate gynecomastia. There is a central area of hyperpigmented plaque-like chronic dermatitis between the nipples. There are no scars or tattoos of the chest wall. The abdominal contour is markedly protuberant with vertically formed striae occurring superior to the umbilicus laterally and inferiorly. There are redundant skin folds of the lower abdominal wall. There are no scars or palpable masses of the abdominal wall. The groin area shows evidence of excoriation. There is also excoriation and skin sloughing of the lower abdominal wall. External genitalia are those of a circumcised normally developed adult male with both testicles palpated within the scrotal sac. There is no penetrating trauma to the scrotum. The perianal region is remarkable for greenish-brown fecal staining. No foreign material is within the anal ring.

The upper extremities are symmetrically formed and remarkable for striae at the shoulders and the folds of the elbows. Small superficial abrasions are present over the posterior surface of the elbows bilaterally with the right > left. There are no encircling contusions of the wrist bilaterally. There are no lacerations of the wrists. There are five digits on each hand. The fingernails are irregular in length and slightly dirty. The nail beds are dusky blue bilaterally. There are no abrasions or contusions of the knuckles. There are no incised wounds of the pads of the fingers or palmar surfaces. Creasing is normal.

The lower extremities are symmetrically formed with no external rotation or hypermobility. There are no fractures of the long bones of the lower legs. There are multiple flat hyperpigmented remote scars of the shins and ankles bilaterally. The toenails are thickened with vertical striations and elongated nails. There is

Decedent: Terrell Day                                                                                                  Case: MC-15-1156

also onychomycosis of the toenails. The soles of the feet are smooth with slight sloughing of skin on the heel area.

The posterior surface of the body is remarkable for scabbed excoriations of the upper shoulders and mid portion of the upper back.

There is no evidence of penetrating traumatic injury.

INTERNAL EXAMINATION

The head is examined by a bimastoidal incision reflecting the scalp anteriorly and posteriorly.

The thoracoabdominal region is explored through the usual "Y"-shaped incision.

Upon reflecting the skin of the chest superiorly and laterally, the sternum and ribcage are noted to be intact. The intercostal muscles are without hematoma or discoloration. The strap muscles show no hematoma or laceration. There are no fractures of the sternum. The midline fat at the level of the umbilicus is 4.5 inches in depth and is bright yellow. There is increased fat pad beneath the thoracoabdominal wall bilaterally and in the midline. On removal of the breast plate, no unusual fluid collection is present in the pleural spaces. There are fibrous adhesions in the apical region of the left pleural cavity. The pericardial sac is intact and contains 60 cc measured of serosanguinous clear fluid. No unusual fluid is present in the peritoneal cavity. No adhesions are observed. The internal organs maintain their usual anatomic relations. The gallbladder and appendix are in their normal anatomic location.

Samples of heart blood, peripheral blood, urine from the urinary bladder and vitreous humor are collected for drug testing toxicology test under direct visualization.

INTERNAL ORGAN DISSECTION

THYMUS: The thymus is present in its normal location and is largely involuted with secondary fatty change.

HEART: The heart is enlarged with a weight of 450 grams and a triangular configuration with a flabby consistency. There is diffuse subepicardial fatty tissue deposition around the entire circumference of the heart. The coronary arteries arise normally in the aortic root and are of small caliber. Serial coronal sectioning reveals no evidence of atherosclerotic change or malformation. There is no occlusion by emboli. The right coronary artery is dominant supplying the posterior wall of the heart. There is some softening and induration of the posterior wall of the heart near the septum involving the left ventricle. The myocardium is red-brown and shows an area of mottling and induration on the posterior wall of the left ventricle. This area is 2 inches in width and extends from the valvular ring completely down to the apical region. Within the mottled area are veins of hemorrhage and pallor. No gross scars are seen around the myocardium. The myocardium is thickened to a depth of 1.5 cm on the free wall of the left ventricle. The right ventricle measures 0.3 cm in thickness and the interventricular septum is .8 cm in thickness. There is some pallor and mottling of the posterior papillary muscle of the left ventricle. The chordae tendineae are unremarkable. The other papillary muscles are red-brown and homogenous. Aside from the area of mottling, the myocardium is red-brown. There are no atrial or ventricular septal defects. The endocardial surface is red-brown and glistening. The heart valves have the following dimensions: Tricuspid valve is 11 cm in circumference,

Decedent: Terrell Day                                                                                         Case: MC-15-1156

pulmonary valve is 6.8 cm in circumference, the mitral valve is 10 cm in circumference and the aortic valve is 6 cm in circumference. There is marked fatty streaking of the aortic valve and just superior to the valve of the outflow of the aorta. The great vessels are not transposed. The remainder of the aorta is lined by a smooth tan intimal surface. There is marked fatty streaking of the abdominal aorta above the bifurcation. There is no calcific change of the intimal surface or ulceration. There is no systemic atherosclerotic change. Serial sectioning of the coronary arteries reveal no areas of malformation. There is slight tunneling of the right coronary artery through a myocardium and thickened overlying subepicardial fatty tissue deposition.

LUNGS: The right and left lungs weigh respectively 530 and 400 grams. There are three right lobes and two left lung lobes. The left lung is significant for fibrous adhesions involving the superior and lateral aspects of the left upper lung lobe which are adherent to the apical region of the left chest cavity. No adhesions are observed on the right lung. Both lungs are dark red to purple in color and are poorly aerated with rubbery consistencies. The pulmonary arterial tree is intact bilaterally and contains no pulmonary thrombi and has no malformation. The bronchial tree is lined by a hyperemic mucosa and contains abundant thick tan mucous admixed with white to tan edema foam. Large globs of mucous partially obstruct the bronchi bilaterally and extend into the secondary and tertiary divisions. The cut surfaces of both lungs are dark red and poorly aerated and exude a large amount of foamy dark liquid blood admixed with edema and mucous upon gentle compression. These findings are present in both lungs and in all five pulmonary lobes. There is no space occupying lesion on the cut surface, there is no anthracosis present and there is no intraparenchymal hematoma. Both lungs appear to be markedly congested and poorly aerated. The parabronchial lymph nodes are mildly enlarged and are not discolored from anthracotic pigment deposition.

LIVER: The liver is enlarged with a weight of 2340 grams. The capsule surface is red-brown smooth and glistening with no adhesions. There is no subcapsular hematoma, scarring or nodularity. Serial sectioning of the hepatic parenchyma and both main right and left hepatic lobes display a variegated dark red brown appearance consistent with chronic passive congestion and has the descriptive appearance of a cut hole "nutmeg". There is focal scarring and thickness of fibrous septa and a large amount of dark red blood exudes from the hepatic cut surfaces upon gentle compression. There is no space occupying lesion. There is no bile staining. There is no evidence of intraparenchymal hematoma or malformations upon serial sectioning. The gallbladder is intact and contains 7 cc of liquid green bile. The bile passages are not obstructed by calculi. The gallbladder mucosa is green and is remarkable for deposits of cholesterol on its mucosal surface. The gallbladder wall is not thickened and has a velvety feel.

SPLEEN: The spleen is mildly enlarged with a weight of 230 grams. The capsule surface is maroon and smooth. The hilar region is unremarkable. No accessory spleen is identified. Upon sectioning the parenchyma is dark maroon and semi-liquid. There is no increase in white pulp visually. Upon sectioning there is no space occupying lesion or evidence of inflammation.

Lymphadenopathy is remarkable in the upper respiratory tract region and surrounding the trachea and bronchi.

PANCREAS: The pancreas has a residual weight of 90 grams and is dark pink with a smooth external surface and consistent with early to moderate autolysis. It is surrounded by increase fatty tissue and has a warm feel. Upon sectioning the duct is patent and there are no areas of scarring or calcification in the head, body or tail region.

Decedent: Terrell Day                                                                                                          Case: MC-15-1156

ADRENAL GLANDS: The right and left adrenal glands are in their normal anatomic location and are encased in an abundant amount of perinephric yellow fatty tissue. Upon sectioning both lungs are markedly autolyzed and nearly liquid with no adenomatous change.

GENITOURINARY TRACT: The right and left kidneys weigh respectively 175 and 180 grams. The renal capsule strip with ease revealing smooth red-brown cortical surfaces free of scars, granularity and cystic structures. Both kidneys have a markedly flabby consistency. The hilar regions are unremarkable. Upon sectioning, there is normal cortical thickness bilaterally and marked congestion of both medullary centers with ingrowth of fatty stromal tissue and into the collecting systems. There are no scars or evidence of space occupying lesion. The ureters are not obstructed or dilated and follow the usual course to the urinary bladder which contains 55 cc of clear yellow urine. The bladder mucosa is gray-white and normally trabeculated without any evidence of penetrating traumatic injury. The prostate gland is rubbery and presents no nodularity upon serial sectioning. The right and left testicles are in their normal anatomic location and show no evidence of penetrating trauma or malformation. The spermatic cords are intact with no torsion or hematoma. The pelvis is palpated to be intact without fractures, displacement or malformation.

GASTROINTESTINAL TRACT: The esophagus is lined by a gray mucosa. There are no submucosal varices. The esophagogastric junction is intact without lacerations or scarring. Gastric contents consist of 20 cc of pink-tan liquid in which are no recognizable particles of food or residual pieces of tablet or pill content. On rinsing, the gastric mucosa displays flattened rugal folds and has a dilated appearance. No ulcers are seen. The pyloric outflow tract is not obstructed. The proximal duodenum contains a moderate amount of yellow chyme material with no evidence of ulceration. The remainder of the small and large intestine have a dusky red appearance on the serosal surfaces with no evidence of diverticulosis, intussusception, or adhesions. The lower portion of the descending colon contains formed fecal material which is green-brown. The appendix is in its normal anatomic location with no evidence of malformation or inflammation.

NECK: The strap muscles are intact without laceration or hematoma. The hyoid bone, thyroid and cricoid cartilage are intact without fracture or malformation. The hyoid bone is fused and the surrounding soft tissue shows no hemorrhagic change. The pharyngeal pouch are lined by hyperemic mucosa. The epiglottis has a hemorrhagic appearance and is covered by a thick film of tan yellow exudate and mucous. The larynx is opened through the posterior aspect through artifactual fracturing of the thyroid cartilage to show the entire circumference. The mucosa of the larynx is hyperemic and is covered by thick film of tan-yellow mucoid exudative material. Upon rinsing, there is no ulceration. The entire mucosa is hyperemic. The tracheal rings are not collapsed and its lining mucosa is also hyperemic. There are thick globs of mucous and exudate lining the tracheal mucosa extending into the main stem bronchi. There is no complete obstruction of the lumen of the proximal bronchi at the level of the carina; however large amounts of mucous are present. The underlying cervical spine is intact with no evidence of fracture or subluxation. The soft tissue surrounding the cervical spine shows no evidence of hemorrhagic change or laceration. The base of the tongue is hyperemic with no evidence of bite marks.

HEAD: The scalp is reflected forward via the usual bimastoidal incision revealing mild congestive changes with no contusions present. The galeal tissue is congested with no contusions in the galeal or subgaleal layer. The external appearance of the calvarium is intact without fracture. Upon removal of the calvarium no fracture lines are seen on the internal surface. The dura mater is intact without epidural or subdural hematoma. The brain is symmetrical and is covered by transparent leptomeninges. No subarachnoid hematoma is present. The brain upon removal from the cranial vault has a weight of 1450 grams. The brain

Decedent: Terrell Day                                                                 Case: MC-15-1156

is normally formed. Evidence of cerebral edema is characterized by flattening of the gyri and narrowing of the sulci. Symmetry is observed between the cerebral hemispheres, cerebellar hemispheres. There is mild notching on the inferior surfaces of the cerebellar hemispheres. There is no notching on the inferior surface of the temporal lobes bilaterally. The vessels forming the Circle of Willis are intact and of small caliber with no evidence of atherosclerotic change, vascular malformation or aneurysmal dilatation. The cranial nerves are paired and unremarkable. The brain has a soft consistency. Upon sectioning congestion is observed. There is no evidence of space occupying lesion or intraparenchymal hematoma upon serial sectioning of the cerebral hemispheres, cerebellum or brainstem. There is no evidence of hyperextension with hematoma or subarachnoid hematoma upon sectioning of the brainstem.

Upon removing the dura from the basilar skull no fractures are seen. Congestive changes are present. There is no atlanto-occipital dislocation.

SPECIAL STUDIES: The crime scene technician attending the autopsy examination receives all items of clothing, a blood standard tube, pulled head hair, swabs the nails of both right and left hands, and obtains photographs.

TOXICOLOGY: Samples of heart blood, peripheral blood, vitreous humor and urine are obtained for toxicology studies. See the AIT Laboratories report.

HISTOLOGY: Representative sections of all major organs are retained in formalin.

Sections are obtained for histological examination which include the following:

1. Heart: The myocardium shows mild edema, foci of wavy myocytes suggestive of ischemic changes, thickening of the intramural vessel walls, foci of myocyte hypertrophy with hyperbasophilic nuclei and foci of myofiber disarray with branching and angulated myofibers, few foci of intraparenchymal and paravascular fibrosis
2. Representative sections of coronary arteries: Cross sections of coronary arteries are significant for medial wall thickening
3. Sections of right lung: Marked congestion and edema
4. Sections of left lung: Marked congestion and edema
5. Liver and gallbladder: Marked fatty change of hepatic parenchyma, gallbladder not remarkable
6. Sections of larynx and trachea: Marked congestion of submucosal vessels with focal mucosal erosion

JMC/wjpl


Note: **Representative tissue sections and specimens for the case will be retained in formalin for one year and then discarded, unless requested otherwise or a homicide.**



**AIT Laboratories**

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789
Toxicology: (317)381-5678

| Laboratory Case Number: | 3005553 |
|---|---|

| Client Account: | 11050 / MACC02 |
|---|---|
| Physician: | |
| Report To: | Marion County Coroner |
| | ATTN: Marchele Hall |
| | 521 W. McCarty St. |
| | Indianapolis, IN 46225 |
| | FX: 327-4563/ 327-5798 AFF |

| Subject's Name: | DAY, TERELL |
|---|---|
| Agency Case #: | MC-15-1156 |
| Date of Death: | 09/26/2015 |
| Test Reason: | Other |
| Investigator: | ENGLAND |
| Date Received: | 09/29/2015 |
| Date Reported: | 10/08/2015 |

| Laboratory Specimen No: | 40524123 | | Date Collected: | 09/28/2015 11:20 |
|---|---|---|---|---|
| Container(s): 01:LAV | Blood,PERIPHERAL | | Test(s): 70510 | Comprehensive Drug Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOL | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |
| ANESTHETICS | Negative | | | | |
| ANTIBIOTICS | Negative | | | | |
| ANTICONVULSANTS | Negative | | | | |
| ANTIDEPRESSANTS | Negative | | | | |
| ANTIHISTAMINES | Negative | | | | |
| ANTIPSYCHOTICS | Negative | | | | |

DAY, TERELL
Laboratory Case #: 3005553
Printed Date/Time: 10/08/2015, 13:14

Page: 1 of 5



**AIT Laboratories**

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789
Toxicology: (317)381-5678

**Laboratory Specimen No:** 40524123     Continued..

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| CARDIOVASCULAR AGENTS | Negative | | | | |
| ENDOCRINE AGENTS | Negative | | | | |
| GASTROENTEROLOGY AGENTS | Negative | | | | |
| NARCOTICS | Negative | | | | |
| NEUROLOGY AGENTS | Negative | | | | |
| SEDATIVES/HYPNOTICS | Negative | | | | |
| STIMULANTS | POSITIVE | | | | |
| Caffeine | POSITIVE | | | | |

Analyte is qualitatively POSITIVE, but has not been confirmed by an alternate analytical method.

| | | | | | |
|---|---|---|---|---|---|
| UROLOGY AGENTS | Negative | | | | |

Specimens will be kept for at least one year from the date of initial report.

DAY, TERELL
Laboratory Case #: 3005553
Printed Date/Time: 10/06/2015, 13:14



**AIT Laboratories**

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789
Toxicology: (317)381-5678

| Laboratory Specimen No: | 40524124 | Date Collected: | 09/28/2015 09:46 |
|---|---|---|---|
| Container(s): 01:YTB | Urine, Random | Test(s): 70080 | Drugs of Abuse Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| ALCOHOL | Negative | | | | |
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| BUPRENORPHINE/METABOLITE | Negative | | | | |
| CANNABINOIDS | Negative | | | | |
| CARISOPRODOL/METABOLITE | Negative | | | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| TRAMADOL/METABOLITE | Negative | | | | |

DAY, TERELL
Laboratory Case #: 3005553
Printed Date/Time: 10/08/2015, 13:14



**AIT Laboratories**

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789
Toxicology: (317)381-5678

| Laboratory Specimen No: | 40524125 | Date Collected: | 09/28/2015 09:46 | |
|---|---|---|---|---|
| Container(s): | 01:VIT_CON Vitreous,EYE | Test(s): | 49901 | Volatiles Not Performed |
| | | | 32400 | Electrolytes Panel |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| Sodium | | 146 | MMOL/L | | (1) |
| Potassium | | 18.7 | MMOL/L | | (1) |
| Chloride | | .120 | MMOL/L | | (1) |
| Glucose | | 0 | mg/dL | | (1) |
| Urea Nitrogen | | 15 | mg/dL | | (1) |
| Creatinine | | 0.0 | mg/dL | | (1) |

< Volatile Testing Not Performed >

Due to negative blood, tissue, and/or urine volatile (Acetone, Ethanol, Isopropanol, and Methanol) results, volatile testing was not performed on the vitreous specimen.

Performing Location(s):

(1)  LabCorp Dublin
     6370 Wilcox Road , Dublin, OH  43016-1296
     Medical Director: Patricia Canfield , MD,  License #: 36D0327333

DAY, TERELL
Laboratory Case #: 3005553
Printed Date/Time: 10/08/2015, 13:14

 **AIT** Laboratories

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800)875-3894 / Fax: (317)243-2789
Toxicology: (317)381-5678

| Laboratory Specimen No: | 40524127 | Date Collected: | 09/28/2015 09:46 |
|---|---|---|---|
| Container(s): 01:RTB | Blood,HEART | Test(s): 49900 | Not Tested |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| < No Testing Performed | > | | | | |

The Specimen identified by the Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.

Laboratory Director

Andrea Terrell, Ph.D., DABCC

DAY, TERELL
Laboratory Case #:3005553
Print Date/Time:10/08/2015, 13:14
Page: 5 of 5

Case Reviewer



This individual may not have performed any of the analytical work.