# FIELD DEPUTY'S REPORT

Terrell Day

Case Number: 15-1156

| Deceased - Name (First, Middle, Last) | | | | | Sex | Time Pronounced | Time of Death | Date of Death |
|---|---|---|---|---|---|---|---|---|
| Terrell Day | | | | | M | 2:29 pm | 2:29 pm | 09/26/2015 |

| Deputy Coroner | Location Sent | Date Notified | Time Notified | Time Arrived |
|---|---|---|---|---|
| Carrie England | 10000 E 10th St | 09/26/2015 | 3:38 pm | 3:50 pm |

| Social Security Number | Age (Years) | Under 1 Year | Under 1 Day | Date of Birth | Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 306195186 | 18 | | | 4/17/1997 | |

| Marital Status | Surviving Spouse (if wife, give maiden name) | Decedent's Usual Occupation | Kind of Business/Industry |
|---|---|---|---|
| Unknown | | | |

| Address Line 1 | Address Line 2 |
|---|---|
| 9238 E 25th St | |

| City | State | Zip Code | County of Residence | Citizen of What country? |
|---|---|---|---|---|
| Indianapolis | IN | 46229 | Marion | US |

| Inside City Limits? | On a Farm? | Was Decedent of Hispanic Origin? | Decedent's Race | Decedent's Education |
|---|---|---|---|---|
| ● Yes  ○ No | ○ Yes  ● No | ○ Yes  ● No | Black | Elementary/Secondary<br>College |

Place of Death? (Check only one)

**Hospital:**
○ Inpatient
○ ER/Outpatient

**Other:**
○ Nursing Home   ○ Residence
○ DOA   ● Other (Specify) parking lot behind Speedway (

Was Decedent a U.S. Veteran?   ○ Yes   ● No

Last year served in US Armed Forces?

| Facility Name | City, Town, or Location of Death | County of Death |
|---|---|---|
| 10000 E 10th St | Indianapolis | Marion |

| Father's Name (First, Middle, Last) | Mother's Name (First, Middle, Maiden Surname) | Informant's Name |
|---|---|---|
| Harvey Morgan | Shanika Day | Detective Wager |

Informant's Address:

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| | | | |

How Was Identification Made?

TENTATIVELY by ID card; POSITIVE ID made 9/28 @ MCCO using digital photo  CLE 9/28/15

| Notification Made? | Notified Person's Name | Notified Person's Phone | Notification Time | Notification Date |
|---|---|---|---|---|
| ● Yes  ○ No | Shanika Day | (317) 875-2092 | 9:20 pm | 09/26/2015 |

| Notified Person's Address Line 1 | Notified Person's Address Line 2 | Notification Made By |
|---|---|---|
| 1804 Bluewater Ct | | Chaplain Weiss |

| Degree of Rigor | Position Found |
|---|---|
| None | The decedent was found lying supine in an ambulance on a stretcher. |

| Livor Location |
|---|
| None |

| Describe How Deceased Was Dressed | Motor Vehicle Collision? | If Yes, What Was Deceased's Position |
|---|---|---|
| The decedent was clad in blue jeans, blue socks, orange underwear, and a red shirt with a white tank top underneath. White sneakers had been removed and were near decedent. | ○ Yes  ● No | |

| Was Another Vehicle Involved in the Collision? | Were There Other Injuries Involved? | Were There Multiple Deaths in the Collision? | Are Criminal Charges Anticipated? | If Yes, Why? |
|---|---|---|---|---|
| ○ Yes  ● No | ○ Yes  ● No | ○ Yes  ● No | ○ Yes  ● No | |

| Coroner Seal Affixed? | If Yes, Where? | Vehicle(s) Towed? |
|---|---|---|
| ○ Yes  ● No | | ○ Yes  ● No |

# FIELD DEPUTY'S REPORT

Terrell Day

Case Number: 15-1156

## Physician Information

| Physician's Name | Date Last Seen | Spoke directly to decednet's physician? |
|---|---|---|
|  |  | Yes    No |

| Address Line 1 | Address Line |
|---|---|
|  |  |

| City | State | Zip Code | Diagnosis |
|---|---|---|---|
|  |  |  |  |

| Medications |
|---|
|  |

## Injury Information

| Date of Injury | Time of Injury | Place of Injury |
|---|---|---|
| 09/26/2015 | 1:03 pm | Parking lot behind Speedway Gas Station |

| Address | City | State | Zip |
|---|---|---|---|
| 10000 E 10th St, | Indianapolis | IN | 46229 |

| Description of How Injury Occurred |
|---|
| The decedent complained of difficulty breathing after a police chase and became unresponsive. |

# FIELD DEPUTY'S REPORT

## Terrell Day

Case Number: 15-1156

### Scene Information

| Person Requesting Assistance | Agency | Case Number |
|---|---|---|
| Officer Denny | IMPD | 15-1156 |

**Reporting Officer(s):**

| Case Number | Reporting Officer Name | Officer ID | Officer Case Number |
|---|---|---|---|
| | | | |

**Detective(s):**

| Case Number | Detective Name | Detective ID | Detective Case Number |
|---|---|---|---|
| 151156 | Wager | 2151 | PD15111643 |

**Lab Technician(s):**

| Case Number | Lab Technician Name | Lab Tech ID | Lab Tech Case Number |
|---|---|---|---|
| | | | |

**Deputy Coroner(s):**

| Case Number | Deputy Coroner Name | Deputy Coroner ID | Deputy Coroner Case Number |
|---|---|---|---|
| 151156 | Carrie England | | 16 |

# FIELD DEPUTY'S REPORT

Terrell Day

Case Number: 15-1156

### Circumstantial:

On September 26, 2015 at approximately 3:35 PM deputy coroner Carrie England was notified via dispatch to respond to 10000 E 10th St to assist IMPD with the death investigation of a 18/B/M.

### PMH:

Obesity

### Medications:

unknown

### Comments:

\*\*\* DECEDENT'S MOTHER REQUESTS NO AUTOPSY \*\*\*

CIRCUMSTANTIAL

On September 26, 2015 at approximately 3:35 PM deputy coroner Carrie England was notified via dispatch to respond to 10000 E 10th St to assist IMPD with the death investigation of an 18/B/M.

IDENTIFICATION

The decedent has been TENATIVELY identified using ID card as Terrell Day 18/B/M, DOB 4/17/97, with a last known address of 9238 E. 25th St., Indianapolis, IN. Fingerprints were taken to IDENT with no match.

PAST MEDICAL AND SOCIAL HISTORY

The decedent is an obese B/M/18. Little is known about the decedent as of this time as positive ID and notification have not been made.
\*\*\* UPDATE \*\*\*
Per the decedent's mother, Shanika Day, the decedent has no documented medical history and is on no prescription medication. Ms. Day went on to state that the decedent was employed at Taco Bell and was still taking high school courses at the Excel Center. The decedent lived at home with his mother and step-father (Willie) and had 4 siblings. Ms. Day stated that the decedent did not smoke cigarettes and denied knowledge of ETOH or illicit substance use. She further stated that the decedent's maternal grandfather died from a heart attack at the age of 54.

TERMIAL EPISODE

On September 26, 2015 at approximately 3:35PM Deputy Coroner Carrie England was notified via dispatch to respond to 10000 E 10th St to assist IMPD with the death investigation of a B/M/18. Upon arrival at the scene at approximately 3:50PM deputy Coroner England was met by Det. Wagner and reporting Officer R. Denny. According to Detective Wager, IMPD was dispatched at approximately 12:55PM to after a reported of larceny at the Burlington Coat Factory located at 10202 E. Washington. The decedent reportedly stole a watch from the store and was confronted by someone from loss prevention. The decedent removed the watch from his pocket and was escorted to the loss prevention office where he reportedly pointed a gun and ran from the store. Officers chased the decedent across 10th Street and a parking lot (a little over 4/10 of a mile) until reaching a parking lot behind the Speedway gas station located at 10000 E 10th St. The decedent was cornered and surrendered to IMPD Officers on a small hill at this location. Once the decedent was detained, the decedent began to complain of difficulty breathing so medics were dispatched to the scene to evaluate. Medic 41, EMS 2993 arrived on scene at approximately 1:09 PM and found the decedent to be alert, oriented and breathing normally. The decedent reportedly denied any chest pain or any other

# FIELD DEPUTY'S REPORT

## Terrell Day

Case Number: 15-1156

injuries. Once Medics departed, a wagon was called to transport the decedent to the APC. While sitting on the curb in handcuffs, IMPD Officers noted that the decedent became lethargic and again complained of not feeling well. Once again, a medic was dispatched to the scene. Medic 98, EMS 1873 arrived at approximately 1:52 PM and found the decedent unresponsive with no trauma noted. CPR was initiated and rhythm was initially asystole. The decedent occasionally regained PEA with no pulse, but after 30 minutes efforts ceased and the decedent was pronounced nonviable at 2:29 PM on 9/26/15.

### PHYSICAL EXAMINATION

The decedent was observed to be an obese B/M/18. The decedent was observed lying supine in an ambulance on a stretcher. All medical interventions were still in place. The decedent was clad in blue jeans, blue socks, orange underwear, and a red shirt and white tank top both of which were cut by medics. Two white gym shoes were on the stretcher with the decedent but had been removed from the body. No trauma was noted to the decedent. The arms were in the beginning stages of rigor and lividity could not be appreciated.

### SCENE EXAMINATION

The incident occurred in a parking lot behind a Speedway Gas Station located at 10000 E 10th St. The scene is 4.5/10 mi away from where the incident with the decedent began (Burlington Coat Factory). The scene was the inside of the ambulance where the decedent had been worked before being pronounced nonviable.

### PERSONAL AND NON PERSONAL PROPERTY

The decedent's personal property had been removed and inventoried by Reporting Officer Denny prior to my arrival as the decedent was about to be transported to the Marion County Jail. I advised Officer Denny that the property could be placed in the IMPD property room for release to family once identification and notification have been made. No personal property was removed by this deputy.

### DISPOSITION

Photographs of the decedent were taken and an ID tag was placed on the decedent's left ankle. Mortuary service transported the decedent to MCCO for examination.

### ADDITIONAL INFORMATION

Detective Wager will attend autopsy on Monday, September 28th.

Fingerprints were taken but yielded no match at IDENT

Chaplain Weiss is attempting to make notification to Shanika Day (presumed mother of decedent) at 9238 E. 25th St., Indianapolis, IN.

\*\*\* UPDATE \*\*\*
Notification made 9/26/15 by Chaplain Weiss. The decedent's mother will come to MCCO on 9/28 to make positive ID. At the time of our conversation, she indicated that she had talked with her mother and they would like to request that NO AUTOPSY is done on the decedent. I advised that the decision is made by the forensic pathologist, but due to the decedent's age and lack of PMH, an autopsy would likely be performed.

## Criteria for Case:

unknown/ possible natural/ police custody