UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHANIKA DAY, Individually, and as
Administrator
for the Estate of TERRELL DAY;
and HARVEY MORGAN,
    Plaintiffs,
v.

THE CITY OF INDIANAPOLIS;
SERGEANT FRANKLIN WOOTEN,
Individually,
and as an IMPD Officer; and
OFFICER RANDALL DENNY, Individually,
and
as an IMPD Officer,
    Defendants.

Case No. 1:17-cv-04612-TWP-TAB

## PLAINTIFFS' DESIGNATION OF EVIDENCE IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Shanika Day and Harvey Morgan, by counsel, and pursuant to Fed. R. Civ. P. 56(C) and S.D. IND. L.R. 56-1, designate the following evidence in support of their response to Defendants City of Indianapolis, Sergeant Franklin Wooten, and Officer Randall Denny's motion for summary judgment:

1. Burlington Report
2. Nesbitt's sworn statement to IMPD
3. Radio dispatch (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
4. Cell phone video (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
5. Additional pages from Officer Waggoner's deposition
6. City of Indianapolis' responses to Plaintiffs' Requests for Admissions
7. Additional pages from Michael Nesbitt's deposition
8. Gold & Gems Video (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
9. Sgt. Wooten's responses to Plaintiffs' Requests for Admissions
10. Photo of Day with EMTs and one pair of handcuffs
11. Officer Denny's Interrogatory Responses
12. Deputy Monday's sworn statement to IMPD
13. Officer Denny's sworn statement to IMPD

14. Officer Denny's responses to Plaintiffs' Requests for Admissions
15. Death certificate of Day's maternal grandfather
16. 10th Street Pub Video 1 (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
17. 10th Street Pub Video 2 (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
18. Burlington Video 1 (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
19. Burlington Video 2 (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
20. Burlington Video 3 (exempt from electronic filing pursuant to Local Rule 5-2(b)(2))
21. Photograph of Day's right elbow
22. Photograph of Day's left elbow

Respectfully submitted,

/s/ Faith E. Alvarez
Faith E. Alvarez (32497-49)
Lee, Cossell & Crowley, LLP
151 N. Delaware Street, Suite 1500
Indianapolis, IN 46204
317-631-5151
falvarez@nleelaw.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served by email on March 13, 2019, upon the following:

| | |
|---|---|
| Adam S. Willfond<br>adam.willfond@indy.gov | Andrew R. Duncan<br>ard@rucklaw.com |
| Andrew J. Upchurch<br>andrew.upchurch@indy.gov | Edward J. Merchant<br>ejm@rucklaw.com |
| Anne Celeste Harrigan<br>anne.harrigan@indy.gov | John F. Kautzman<br>jfk@rucklaw.com |

/s/ Faith E. Alvarez
Nathaniel Lee #10159-49
Faith E. Alvarez #32497-49