# BURLINGTON COAT FACTORY Case Report

Not enrolled in CEC                                    15-00465-sho-10164    Sep 26, 2015

## Subject Information

    **Subject Name:** Terrell Day
    **Address:** 9238 E 25th street
    INDIANAPOLIS, MARION, INDIANA,
    United States 46229
    **Phone:** 317-898-4392
    **Type:** Adult
    **License #:** N/A
    **License State:** N/A
    **Other ID:** N/A
    **SSN:** XXX-XX-5186
    **DOB:** 1997-04-17
    **Age:** 18

    **Sex:** Male
    **Eyes:** Brown
    **Race:** African-American
    **Hair:** Black

## Location Details

    **Store:** 465
    **Phone:** 317-896-4392
    **Store Name:** Indianapolis 465
    **Store Address:** 10202 E Washington St
    INDIANAPOLIS, INDIANA 46229

**Suspect Photo**                           **ID Card Photo**




## Parent/Guardian Details

    **Parent/Guardian Name:** N/A
    **Phone:** N/A
    **Address:** N/A

**EXHIBIT 46**

## Incident Information

file:///C|/Users/mstebbe/Desktop/Z7eDCN2LrEd_p8Uak_UVc42WGGzJOKqrl2SkENnTTndF1WAvCfomE-xlzYzhCW1K.htm[10/20/2015 6:42:04 AM]

**Charge:** Shoplifting/Petty Theft
**Rules Applied:**
- No Identification /Retailer rule.
- There was any type of assault /Retailer rule.

**Incident Number:** BCF-00465-150926-BI-1
**Store Case Number:** 15-00465-sho-10164
**Total Cost of Items Stolen :** $19.99

**Narrative:** On 9-26-2015, I, Michael Nesbitt, while working as an Asset Protection Investigator for Burlington Coat Factory store located at 10202 E Washington St INDIANAPOLIS, INDIANA 46229, observed a theft that took place at Burlington Coat Factory . I, Michael Nesbitt, observed the following elements committed by a suspect later identified as Terrell Day:

Terrell Day and another unknown black male subject wearing a blue hooded jacket with dark blue jean pants approached the Acessories section of the 10202 E Washington St INDIANAPOLIS, INDIANA 46229 store via cctv cameras .Terrell Day and the unknown black male subject wearing a blue hooded jacket and dark blue pants both walked to the watches subject Terrell Day then selected a gold polo watch with a sensor attached in a polo box. Terrell Day and the unknown black male subject in a blue hooded jacket with dark blue pants then entered into the Mens Department of Burlington Coat Factory with the gold watch still located in the black polo watch box. Terrell Day and the unknown black male subject wearing a blue hooded jacket and dark blue pants then walked over to the sock isle of the Mens department Terrell Day and the unknown black male subject wearing dark blue pants at that time Terrell Day the place the black polo watch box with the gold polo watch on top of a undershirt shelf Terrell Day and the unknown black male subject wearing a blue hooded jacket and dark blue pants then walked away from the black polo watch box Terrell Day and the unknown black male subject wearing a blue hooded jacket and dark pants then walked back to the black polo watch box with the gold watch located inside with a sensor that was placed on a shirt shelf at That time subject Terrell Day then removed the gold polo watch from the black polo box and placed it in his right front pocket Terrell Day then placed the white watch holder on the shirt shelf. At that time Terrell Day and the unknown black male subject then walked over to the Mens shoe department where Terrell Day placed the empty black polo watch box via cctv cameras at that Time I loss Prevention Agent Michael Nesbitt then exited the Loss Prevention Office to conduct floor surveillance at that time I followed subject Terrell Day and the unknown male subject wearing a blue hooded jacket and dark blue pants I then went to the area where subject Terrell Day and the unknown male subject wearing a blue hooded jacket and dark blue pants in shoes and shirts wear subject Terrell Day concealed said merchandise I then found the empty watch box that Terrell Day had in his possession I still continued floor surveillance on both subjects Terrell Day and the unknown male subject wearing a blue hooded jacket and dark blue pants at that time both subjects walked towards the front area by the registers then headed towards the mall exit I loss Prevention Agent Michael Nesbitt continued floor surveillance on the subjects following where they were walking to check for dumped merchandise at that time Subject Terrell Day and unknown male subject wearing a blue hooded jacket and dark blue pants headed towards the mall exit I Loss Prevention Agent Michael Nesbitt immediately called for mall security to assist with a stop both Terrell Day and unknown male subject wearing a blue hooded jacket and dark blue pants then exited into the mall at that time Terrell Day then turned around visually seen me and continued walking at that time a female mall security officer whom is employed by Washington Square Mall approached me and assisted with stopping subject Terrell Day I then approached Terrell Day and identified myself as Loss Prevention with Burlington Coat Factory and asked Terrell Day for the watch in his front right pocket at that time Terrell Day replied, ' Dam Bro for real ' I loss Prevention Agent Michael Nesbitt then advised Terrell Day to give back concealed watch in his right front pocket or the police would be called at that time Terrell Day then retrieved the gold polo watch from his right front pocket with sensor attached and handed it to Loss Prevention Agent Michael Nesbitt at that time I then asked Terrell Day with mall security to accompany me back to the Loss Prevention Office at that time Terrell Day replied, " ok bro" at that time Terrell Day began walking with Loss Prevention Agent Michael Nesbitt and Mall Security back to the Loss Prevention Office while enroute to the Loss Prevention Office Terrell Day then replied, " Can't do it" at that time Terrell Day then brandished a silver handgun from his left front pocket at that time I Loss Prevention Agent Michael Nesbitt then pushed Terrell Day away from him and mall security and retreated a safe distance at that time I Loss Prevention Agent Michael Nesbitt then immediately called 911 at that time Loss Prevention Agent Michael Nesbitt couldn't get through to 911 on the first call Terrell Day then retrieved the handgun from his pocket and ran towards the MCL Cafteria exit with the handgun in his hand I Loss Prevention Agent Michael Nesbitt then called 911 again at that time a police dispatcher answer I then informed the dispatcher of the incident what Terrell Day was wearing and the direction he was headed at that time the dispatcher asked again what direction he was headed to at that time I headed towards the MCL Cafteria exit and that time Terrell Day then pointed the silver handgun at me I then advised the dispatcher of the incident Terrell Day then ran out of the exit running through the parking lot pointing his firearm at guest at that time I left out of the MCL Cafteria exit the police dispatcher then asked me where was he heading and what mode of travel I then advised the police dispatcher that was still running through the parking lot with the handgun in his hand at that time Terrell Day ran to the edge of the the curb where he pointed his handgun at passing motorist at that time I visually seen a police vehicle with his lights and siren on I then immediately flagged him down at that point the officer then got out of his marked police vehicle at had Terrell Day at gunpoint to apprehend him

**Location of detainee when concealing merchandise:** Mens

**Method:** In front right pocket

**Observed By:** Associate
**Purchase Made?:** No

## Rules Applied Data

### Assault

**Was a weapon used?** YES

**Weapon Used Image**



**Was anyone injured during the assault?** NO

**Assault Description:** Subject pulled handgun on loss prevention Agent

## Merchandise Description

| Description | Retail Price | QTY | SKU/UPC # | Recovered | Damaged |
|---|---|---|---|---|---|
| Watch | 19.99 | 1.00 | 09084553481300199911 | Yes | NO |



## Apprehension Details

**Observation Start Time:** 13:51
**Location of Detainment:** N/A
**Time of Detainment:** 18:01
**Would you like to send this report to LERPnet?** N/A
**Statement Made by Subject:** N/A
**Subject's Behavior:** N/A

## Other Information

**Previous Offense or Detainment:** No

Weapons Details: 1

**LPA Signature**

Under the penalty of perjury, I **Burlington Indianapolis 465** declare this report to be true and correct to the best of my knowledge.



X _____

# NOTICE TO TRESPASSER

To:  Date: 09/26/2015

Terrell Day
9238 E 25th street
INDIANAPOLIS, MARION,
INDIANA, United States, 46229

**Phone #:** 317-898-4392
**Social Security Number:** XXX-XX-5186
**DOB:** 04/17/1997

Notice is hereby given that you are forbidden to enter the premises of any **BURLINGTON COAT FACTORY** owned stores including this store located at:

10202 E Washington St
INDIANAPOLIS, MARION,
INDIANA, United States, 46229

If you are found to have entered this store or any other **BURLINGTON COAT FACTORY** owned store after the date of this notice, you will be subject to arrest and prosecution for trespass under the provision of the **Indiana** Penal Code (**N/A**).

I acknowledge receipt of this notice as of the date set forth above.

Signed:

I reviewed the video of the incident and I remembered what the guy asked me. He asked where the polo underwear was located. I told him they were on the back wall. He said he didn't see any, then I said well we don't have anymore then he said ok and walked away.

*Janice Hope*

I reviewed the video, I remember what happen. He came to my line and ask where are our Polo underwear. I told him it should be some in the men section on the wall.

Sha'Lisa McClain
*Sha'Lisa McClain*
10/14/15

# OFFICER'S ARREST REPORT

**(Print Legibly)**

Wrist Band#/Booking #:
CMS #:
Agency Case No:

Burg. Victims  Y☐ N☐
Deadly Weapon  Y☐ N☐
Serious Bodily Injury  Y☐ N☐
Multiple Victims  Y☐ N☐

Booking Type: ☐ Outright ☐ Warrant ☐ Hospital ☐ Remand ☐ Hold ☐ I-Section

Prisoner Last Name: _____ First: _____ Middle: _____ Gen: _____
Other Known Name(s): _____ Place of Birth: _____
Race: _____ Sex: _____ Age: _____ DOB: _____ SSN: _____
Height: _____ Weight: _____ Hair Color: _____ Eye Color: _____
Address: _____ City: _____ State: _____ Zip: _____

Arresting Officer—Last Name: _____ F.I. _____ ID: _____ Agency: _____
Arrest Location Code: _____ Arrest Date: _____ Arrest Time: _____ Hrs. Offense Date: _____
Arrest Location: _____ City: _____ State: _____ Zip: _____
Offense Location: _____ City: _____ State: _____ Zip: _____
Transporting Officer – Last Name: _____ F.I. _____ ID: _____ Agency: _____
Receiving Officer – Last Name: _____ F.I. _____ ID: _____ Agency: MCSD

TAGGED PROPERTY: ☐ Yes ☑ No     Property Envelope #: _____     Cash on Hand: _____
Prisoner Property to Property Room:

| C/A | OFFENSE | Offense Code | UTW (outright only) or Cause # (warrants only) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



