EXHIBIT 3
Radio dispatch
(exempt from electronic filing pursuant to Local Rule 5-2(b)(2))