EXHIBIT 4
Cell phone video
(exempt from electronic filing pursuant to Local Rule 5-2(b)(2))