1         transport him to the hospital.  And I want you to
2         look at Exhibit No. 1, page 5.  Exhibit 1, page 5.
3   A   Yes, sir.
4   Q   Now, this is the document produced by the ambulance
5         service who came to the scene, and this is their
6         total report.  But on page 5, they document why
7         they did not take the patient to the hospital.  And
8         I want to go through this.  The primary crew name
9         was James Brown, and down at the bottom, it shows
10        that IMPD signed this medical -- I'm not sure, but
11        look at the signature.  And could you determine
12        whose signature that is?
13  A   No, not by the signature.
14  Q   Right.  But you see he documented, he said that
15        Frank Wooten signed this?
16  A   The sergeant.
17  Q   No.  I'm saying it says Frank Wooten.  I wasn't
18        degrading him or anything.  I'm saying what the
19        document says.
20  A   Yes, Mr. Hill.
21  Q   You see it?
22  A   Yes.
23  Q   Now, in your practice as a police officer, do you
24        ever sign a suspect's name to refuse medical care?
25            MR. WILLFOND:  Object to form.

1         MR. IZZO: Join. You can answer. Go ahead.

2 A   Answer? Okay. No, I don't.

3 Q   Yeah. Let's go through this. This is a form whereby Mr. Day -- now, we later learned he died because of this misadventure.

6         MR. IZZO: I'll object to speculation on that part. Go ahead.

8         MR. LEE: We're going to go through that.

9         MR. IZZO: I have to make the objection. Okay.

11        MR. LEE: We are going to go through that.

12 BY MR. LEE:

13 Q   Now, it says: "Refusal of transportation. Refusal of treatment." Do you see that?

15 A   Yes, sir.

16 Q   And in the middle of the page it says: "To be read to the patient or guardian." While you were at the scene that day, did anybody ever verbalize those instructions to Terrell Day?

20 A   Not that I recall.

21 Q   It says: "Emergency personnel offered to transport me to the hospital for further evaluation and care and I refused this service." Terrell Day never refused medical care, did he, on that day?

25 A   I don't know that, sir.

1  Q   Well, did you see Terrell Day tell the medical
2      people, "Please, don't take me to the hospital"?
3  A   No, sir.  I did not.
4  Q   Then it says, "I understand that I have not been
5      evaluated by a physician and that a serious medical
6      problem may exist which may result in disability or
7      death."  Did anybody ever tell Terrell Day that on
8      September 26, 2015?
9  A   Not that I overheard.
10 Q   Now, hold your thought there real quickly.  I'll
11     show you.  We'll move to admit Exhibit No. 9.  Go
12     to Exhibit No. 9.
13 A   Okay.  That's the coroner's report, sir?
14 Q   Yes.
15         (At this time, Deposition Exhibit No. 9 was
16     produced for identification.)
17 BY MR. LEE:
18 Q   The Exhibit No. 9, the actual coroner's report, I
19     apologize.  The page number is 7.  It's not
20     numbered at the bottom.
21 A   Okay.
22 Q   Right.
23 A   Yes, sir.
24 Q   Now, were you aware that IMPD ordered a death
25     investigation by the Marion County Coroner's Office