| | | |
|---|---|---|
| 1 | | something, that's, I can't recall that. |
| 2 | Q. | Well, when the paddy wagon got there -- now, that's |
| 3 | | Exhibit No. 1. |
| 4 | A. | Uh-huh. |
| 5 | Q. | Now, the reason I'm showing you this is this is the |
| 6 | | first ambulance, and I'm not going to go through |
| 7 | | all the dispatch records for the timeline, but part |
| 8 | | of this is common sense. If they're doing an |
| 9 | | assessment at 1:09, that tells you that they got |
| 10 | | there at least a couple minutes earlier. You see |
| 11 | | what I'm saying? So the 1:07 I gave you is an |
| 12 | | accurate time. |
| 13 | | So now, the next thing I want to show you, |
| 14 | | Exhibit 2. It's your sworn testimony that when the |
| 15 | | second ambulance got there, he was still talking to |
| 16 | | the officers. Right? |
| 17 | A. | Uh-huh. |
| 18 | Q. | Now, I want you to think about that. Are you |
| 19 | | guessing about that or are you absolutely sure that |
| 20 | | he was talking when the ambulance arrived? |
| 21 | A. | He was making words. Okay? So he was talking to |
| 22 | | me. |
| 23 | Q. | He was talking to you. Okay. Well, I'm going to |
| 24 | | show you Exhibit No. 2. |
| 25 | A. | Uh-huh. |

| | | |
|---|---|---|
| 1 | Q. | Exhibit No. 2 is the second ambulance.  Here you |
| 2 | | are.  I'm going to give you a chance to correct |
| 3 | | this real quick.  When they got there, he was |
| 4 | | lifeless and pulseless.  So -- |
| 5 | A. | But you -- now, hold on.  Now, see where you're |
| 6 | | really not reading into this right -- |
| 7 | Q. | Go ahead and read it.  I've already taken their |
| 8 | | depositions. |
| 9 | A. | No, no.  Look, listen.  You said that when they |
| 10 | | allegedly got there, that he was lifeless and no |
| 11 | | signs of life.  Right? |
| 12 | Q. | And pulseless. |
| 13 | A. | Okay.  So if you read my statement before, you |
| 14 | | would have seen that he was making noises, like a |
| 15 | | talking noise, rah (indicating) or whatever, he was |
| 16 | | spittin' words out, and then after that there was |
| 17 | | nothing.  So that is, you're not, you know, |
| 18 | | disputing what I'm saying, you're actually, you |
| 19 | | know, helping, you're actually telling me |
| 20 | | everything that I said was correct. |
| 21 | Q. | No, I'm not. |
| 22 | A. | No, really you are. |
| 23 | Q. | I'm pointing out to you that what you're saying is |
| 24 | | totally inconsistent with the evidence. |
| 25 | A. | How is that inconsistent? |

|    |    |                                                                                      |
|----|----|--------------------------------------------------------------------------------------|
| 1  |    | MR. WILLFOND:  He can testify to what he                                             |
| 2  |    | observed, Nate, as you know.                                                         |
| 3  | Q. | So you say that he's talking.  The ambulance record                                  |
| 4  |    | shows that he has no heart rate and he's not                                         |
| 5  |    | breathing.                                                                           |
| 6  | A. | So how can we determine if he's speaking or if he's                                  |
| 7  |    | making, taking his last breath?                                                      |
| 8  | Q. | Well, he's dead.                                                                     |
| 9  | A. | Okay.                                                                                |
| 10 |    | MR. WILLFOND:  I'll go ahead and object                                              |
| 11 |    | because the evidence has consistently shown,                                         |
| 12 |    | everyone has testified that he was breathing, his                                    |
| 13 |    | eyes were open, he was talking when the second                                       |
| 14 |    | ambulance arrived, this witness included.                                            |
| 15 |    | MR. LEE:  That's not accurate.  That is not                                          |
| 16 |    | accurate.                                                                            |
| 17 |    | MR. WILLFOND:  Okay.  I guess you need to go                                         |
| 18 |    | back and review the depositions, then.                                               |
| 19 |    | MR. LEE:  I took those depositions.                                                  |
| 20 |    | MR. WILLFOND:  Yes, I know you did.  I was                                           |
| 21 |    | there.                                                                               |
| 22 |    | MR. LEE:  He says --                                                                 |
| 23 |    | THE WITNESS:  Yeah.  You see that right there?                                       |
| 24 |    | Look.  Police note that patient became lethargic                                     |
| 25 |    | and stated that he did not feel well when the                                        |