EXHIBIT 8
Gold & Gems Video
(exempt from electronic filing pursuant to Local Rule 5-2(b)(2))