# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No. 006945 / 5DC

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | LARRY MCDOWELL |
| 2. Sex | M |
| 3. Time Of Death | 4:04 PM |
| 4. Date Of Death | SEPTEMBER 20, 2010 |
| 5. Social Security Number | 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 |
| 6a. Age | 53 |
| 7. Date Of Birth | December 14, 1956 |
| 8. Birthplace | INDIANAPOLIS, IN |
| 9. Ever In U.S. Armed Forces? | No |
| 10. If Death Occurred In A Hospital | Inpatient |
| 11. Facility Name | COMMUNITY EAST HOSPITAL |
| 12. City Or Town, State, And Zip Code | INDIANAPOLIS, INDIANA 46219 |
| 13. County Of Death | MARION |
| 14. Marital Status At Time Of Death | Married |
| 15. Surviving Spouse's Name | MAE CATHERINE MCDOWELL |
| 15a. Maiden Last Name | DAY |
| 16. Decedent's Usual Occupation | TRUCK DRIVER |
| 17. Kind Of Business/Industry | HOSPITAL SERVICES |
| 18. Residence – State | INDIANA |
| 18a. County | MARION |
| 18b. City Or Town | INDIANAPOLIS |
| 18c. Street And Number | 3116 ADAMS |
| 18e. Zip Code | 46218 |
| 18f. Inside City Limits? | Yes |
| 19. Decedent's Education | High school graduate or GED completed |
| 20. Decedent Of Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 21. Decedent's Race | Black or African American |
| 22. Father's Name | HORACE MCDOWELL |
| 23. Mother's Name | WILLIE MAY WRIGHT |
| 23a. Mother's Maiden Last Name | WRIGHT |
| 24. Informant's Name | MAE CATHERINE MCDOWELL |
| 24a. Relationship To Decedent | WIFE |
| 24b. Mailing Address | 3116 ADAMS INDIANAPOLIS, INDIANA 46218 |
| 25a. Method Of Disposition | Burial |
| 25b. Place Of Disposition | New Crown Cemetery |
| 25c. Location | INDIANAPOLIS, INDIANA |
| 26. Was Coroner Contacted? | No |
| 27. Funeral Facility | WILLIAMS & BLUITT FUNERAL HOME 5252 EAST 38TH STREET INDIANAPOLIS, INDIANA 46218 |
| 27a. Funeral Home License Number | FH11000028 |
| 27c. License Number | FDO1000386 |

### 28. Cause Of Death

- A. (Immediate Cause): SEPSIS
- B.: S.S.I-D
- C.:
- D.:

29. Was An Autopsy Performed? No

33. Manner Of Death: Natural

41. Signature Of Person Certifying Cause Of Death: [signature]
42. Certifier: Certifying Physician
43. Name, Address And Zip Code Of Person Certifying Cause Of Death: RAMAN RAO, 1516 N Arlington Av, Indpls IN 46219
44. License Number: 01046771
45. Date Certified: Sept 29, 2010

48. Signature of Local Health Officer: Virginia A. Caine

SEP 30 2010