EXHIBIT 16
10th Street Pub Video 1
(exempt from electronic filing pursuant to Local Rule 5-2(b)(2))