EXHIBIT 17
10th Street Pub Video 2
(exempt from electronic filing pursuant to Local Rule 5-2(b)(2))