EXHIBIT 18
Burlington Video 1
(exempt from electronic filing pursuant to Local Rule 5-2(b)(2))