EXHIBIT 20
Burlington Video 3
(exempt from electronic filing pursuant to Local Rule 5-2(b)(2))