

EXHIBIT 48