

EXHIBIT 49